IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Alice Larock<br><br>Plaintiff(s),<br><br>v.<br><br>QuikTrip Corporation<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA 8:26-cv-03017-DCC<br><br>**JOINT LOCAL RULE 26.03 REPORT** |

The parties jointly submit the following report pursuant to Local Rule 26.03:

(1) A short statement of the facts of the case.

**RESPONSE:**

**This case arises from a premises liability accident that occurred on April 3, 2026, in Anderson County, South Carolina. The Plaintiff purchased a beverage at the QuikTrip located at 4535 Liberty Highway shortly before returning to her vehicle. After Plaintiff got into her car, she placed the beverage in the cup holder when the lid allegedly detached, spilling hot coffee onto her lap and lower body. The Plaintiff suffered severe burn injuries as a result.**

(2) The names of the fact witnesses likely to be called by the party and a brief summary of their expected testimony.

**RESPONSE:**

1. **Alice Larock**
   **104 Jackson St**
   **Anderson, SC 29625**

   **Mrs. Larock is the Plaintiff in this case, and she is expected to testify as to her knowledge regarding the facts and circumstances surrounding the accident and her alleged injuries and damages.**

2. **Andrew Dugal**
   **104 Jackson St**
   **Anderson, SC 29625**

   **Mr. Dugal is the partner of the Plaintiff in this case and he is expected to testify as to his knowledge regarding the facts and circumstances**

**surrounding the accident and her alleged injuries, damages, and recovery.**

**3. Various patrons and employees that were present at the offending QuikTrip establishment.**

**Each party reserves the right to call any witnesses named by the Plaintiff and Defendant to this action. Further, the parties will supplement these disclosures upon receipt of additional information concerning potential witnesses.**

(3) The names and subject matter of expert witnesses (if no witnesses have been identified, the subject matter and field of expertise should be given as to experts likely to be offered).

**RESPONSE:**

**The parties have not retained experts at this time. The parties may call experts in the fields of human factors or service of scalding beverages to address liability for the accident and/or medical professionals to testify regarding the cause and extent of the Plaintiff's injuries.**

(4) A summary of the claims or defenses with statutory and / or case citations supporting same.

**RESPONSE:**

**The Plaintiff has filed a personal injury negligence action against the Defendant for this general liability incident. The Complaint also requests punitive damages. QT contends it prepared and sold the coffee in accordance with established industry practices. QT further contends that Plaintiff was negligent herself and caused her own injuries.**

Dated: November 11, 2026

SELLERS AYERS DORTCH & LYONS, P.A.

s/Brett Dressler
Brett Dressler, Esq
D.S.C. FED ID# 10333
301 S McDowell Street, Suite 410
Charlotte, NC 28204
Phone: 704-377-5050
Email: bdressler@sellersayers.com

Attorney for Defendant QuikTrip

MORGAN & MORGAN, PA

s/Jason A. Daigle
Jason A. Daigle, Esq
D.S.C. FED ID# 9588
4401 Belle Oaks Dr., 3rd Floor
North Charleston, SC 29405
P: (854) 222-6088
Jason.daigle@forthepeople.com

Attorney for Plaintiff Alice Larock